**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 07-7296**

———————

JIMMY DUNCAN, a/k/a Jimmy L. Duncan,

Plaintiff - Appellant,

versus

N. GORDON, Sergeant, Lee Correctional
Institution; JANE DOE, a/k/a NFN Slade, Nurse,
Lee Correctional Institution; JANE DOE, a/k/a
NFN Robinson, Nurse, Lee Correctional
Institution; OFFICER ANDERSON, NFN, Lee
Correctional Institution; OFFICER DUBOSE, NFN,
Lee Correctional Institution; OFFICER BRUNSON,
NFN, Lee Correctional Institution; SERGEANT
ROBERTS, a/k/a NFN Robertson, NFN, Lee
Correctional Institution,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Anderson. Margaret B. Seymour, District Judge.
(8:06-cv-00396-MBS)

———————

Submitted: December 20, 2007      Decided: December 28, 2007

———————

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Jimmy Duncan, Appellant Pro Se. John Evans James, III, LEE, ERTER, WILSON, JAMES, HOLLER & SMITH, LLC, Sumter, South Carolina, for Appellees.

―――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jimmy Duncan appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint, and a subsequent order denying his motion to alter or amend judgment and motion to stay. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Duncan v. Gordon, No. 8:06-cv-00396-MBS (D.S.C. Mar. 29, 2007; filed July 11, 2007 & entered July 12, 2007). We further deny Duncan's motions to authorize preparation of transcript at government expense and for default judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED